UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

| | |
|---|---|
| TAMMY LEE NEWELL )<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>KILOLO KIJAKAZI, Acting Commissioner )<br>of Social Security, )<br>      Defendant. )<br>) | **JUDGMENT**<br><br>No. 2:20-CV-25-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered October 29, 2021, it is ordered that defendant pay to plaintiff $3,933.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on October 29, 2021, and Copies To:**
Branch W. Vincent, III (via CM/ECF Notice of Electronic Filing)
Cassia W. Parson (via CM/ECF Notice of Electronic Filing)

October 29, 2021                PETER A. MOORE, JR., CLERK

                                                  /s/ Sandra K. Collins
                                               (By) Sandra K. Collins, Deputy Clerk